IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUAN G. RUBIO, JR.,

    Defendant.

8:16CR143

ORDER

This matter is before the Court on the defendant's motion for a copy of his Docket Sheet, Judgment of Commitment, change of plea transcript and sentencing transcripts (Filing No. 34 and 35), and to waive the fees associated with the costs of the copies. The Court sentenced the defendant on November 7, 2016 (Filing No. 27 and 31), and the time to file an appeal has expired. At this time, the defendant has no motions or cases pending before this court, and the defendant makes no showing as to why he needs these copies. Accordingly, the Court will deny the motion.

**IT IS ORDERED**:

1. That the defendant's Motion for Copies (Filing No. 34 and 35) is denied.
2. The Clerk of the Court is directed to mail a copy of this order to the defendant at his last known address.
3. The defendant is free to contact the Clerk's Office for the U.S. District Court to inquire as to the cost of copies in this matter. Copies will not be provided without pre-payment.

Dated this 7th day of September, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge